IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Peter B., Inc., et al., | NO. C 09-00360 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Reid P. Schantz, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on November 23, 2009 with respect to the cross-claims. The parties filed a Joint Case Management Statement. (See Docket Item No. 57.) Since this case is also scheduled for a Preliminary Pretrial Conference on December 7, 2009 as to the underlying action, the Court finds good cause to continue the Case Management Conference.

Accordingly, the Court continues the Case Management Conference to **December 7, 2009 at 10 a.m.** to coincide with the Preliminary Pretrial Conference. On or before November 30, 2009, the parties shall file a Joint Case Management Statement. The Joint Statement shall include, among other things, a proposed schedule for proceeding with the case as it pertains to the cross-claims.

Dated: November 18, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gayle Zickgraff Green gayle@bindermalter.com
Liam John O'Connor nritz@eakdl.com
Steve W. Dollar nritz@eakdl.com

Reid P Schantz
133 Mission Street, Suite 230
Santa Cruz, CA 95060

| | |
|---|---|
| **Dated:  November 18, 2009** | **Richard W. Wieking, Clerk** |
| | **By:** /s/ JW Chambers |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |