IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Peter B., Inc., et al., | NO. C 09-00360 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Reid P. Schantz, et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference (as to the underlying action) and Case Management Conference (as to cross-claims) on December 7, 2009. The parties filed a Joint Case Management Statement. (See Docket Item No. 61.) In their Joint Statement, the parties requested that the Court continue the Conferences for 60 days. (Id. at 6.) Upon review of the Joint Statement, the Court finds good cause to continue the Conferences.

Accordingly, the Court continues the scheduled Conferences to **February 8, 2010 at 10 a.m.** On or before **January 29, 2010**, the parties shall file a Joint Case Management Statement. The Joint Statement shall include, among other things, a good faith discovery plan for all cross-claims with a proposed date for the close of all discovery as to the cross-claims, regardless of any pending or anticipated motions, as well as specific trial dates for the underlying action.

This is the parties' final continuance.

Dated: December 2, 2009

JAMES WARE
United States District Judge

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gayle Zickgraff Green gayle@bindermalter.com
Liam John O'Connor nritz@eakdl.com
Steve W. Dollar nritz@eakdl.com

Reid P Schantz
133 Mission Street, Suite 230
Santa Cruz, CA 95060

**Dated: December 2, 2009**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**