IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Peter B, Inc., et al., | NO. C 09-00360 JW |
|     Plaintiffs, | **ORDER RE: MOTIONS *IN LIMINE*** |
| v. | |
| Reid P. Schantz, et al., | |
|     Defendants. | |

Presently before the Court are the parties' various Motions *in Limine*. In its February 10, 2010 Preliminary Pretrial Order, the Court set a deadline for the filing of all *in limines*, namely, 30 days before the Final Pretrial Conference. (See Docket Item No. 76.) However, in setting the date, it appears that the Order had a typographical error and, instead of setting September 4, 2010 as the deadline, the Court set September 24, 2010 instead. (Id.) Nevertheless, the parties have generally complied with the Order and have filed their *in limines* and Proposed Jury Instructions. In review of the parties' submission of *in limines* thus far, the Court further orders as follows:

1. On or before **September 23, 2010**, the Omni Defendants shall file and serve a revised version of the exhibits attached to their Request for Judicial Notice in Support of Motion *in Limine* to Exclude Evidence of Oral Promises Regarding Withdrawal of Omni Funds without highlighting that obscures the important document text. (Docket Item No. 117.)

2. On or before **September 23, 2010**, the parties shall file and serve their Oppositions to any motion *in limine*.

3. On or before **September 27, 2010**, the parties shall file and serve their Replies to any motion *in limine*.

The parties shall otherwise comply with the Court's Preliminary Pretrial Conference Scheduling Order.

Dated: September 17, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Brian Douglas McFarlin bmcfarlin@ericksenarbuthnot.com
Kevin John Mirch mirch@charterinternet.com
3  Liam John O'Connor nritz@eakdl.com
Marie C. Mirch bobogriz@aol.com
4  Steve W. Dollar nritz@eakdl.com

7  **Dated:  September 17, 2010**                              **Richard W. Wieking, Clerk**

                                                                  **By:      /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**