IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Peter B, Inc., et al., | NO. C 09-00360 JW |
| Plaintiffs, | **ORDER REQUESTING DOCUMENTATION** |
| v. | |
| Reid P. Schantz, et al., | |
| Defendants. | |

This case is scheduled for a Further Case Management Conference on **February 14, 2011 at 11 a.m.** On December 14, 2010, the Court issued an Order appointing Special Master George Fisher to administer the settlement, with instructions that all settlement payments were to be made directly to Mr. Ferguson. (See Docket Item No. 156.) On January 17, 2011, the Special Master filed Report Number One that included an acknowledgment of a stipulation between Plaintiffs' counsel and Mr. Ferguson to have all settlement payments deposited in Plaintiffs' counsel's trust account. (See Docket Item No. 158.) The Court rejected that recommendation, pursuant to the December 14 Order requiring all settlement payments to be made directly to Mr. Ferguson. On January 28, 2011, Plaintiffs' counsel filed an objection to the proposed modification to the distribution of settlement funds directly to Mr. Ferguson. (See Docket Item No. 159.)

On February 1, 2011, the Special Master filed Report Number Two, which states that Plaintiffs' counsel is objecting to settlement payments being made directly to Mr. Ferguson as it contravenes their 2009 contingency payment agreement. (See Docket Item No. 160.) On February

1  4, 2011, Plaintiffs' counsel filed an Objection to the Special Master's Report Number Two to this
2  effect.  (See Docket Item No. 163.)

3       In light of the Special Master's Report that the Settlement is near completion and the delays
4  faced thus far in bringing the Settlement to a close, the Court Orders that the parties shall bring to
5  the February 14 Case Management Conference all documentation needed to be signed by the Court
6  to bring the Settlement to conclusion.  In particular, Plaintiffs' counsel shall bring to the Conference
7  documentation of all settlement terms as agreed on by the parties so that Mr. Ferguson may
8  countersign.

10  Dated:  February 10, 2011

                                       JAMES WARE
                                       United States District Chief Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Douglas McFarlin bmcfarlin@ericksenarbuthnot.com
George C. Fisher georgecfisher@gmail.com
Kevin John Mirch mirch@charterinternet.com
Liam John O'Connor nritz@eakdl.com
Marie C. Mirch bobogriz@aol.com
Reid Paul Schantz rps.esq@sasquatch.com
Steve W. Dollar nritz@eakdl.com

Dated:  February 10, 2011                    Richard W. Wieking, Clerk

                                             By:    /s/ JW Chambers
                                                    Elizabeth Garcia
                                                    **Courtroom Deputy**