IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Peter B. Inc., et al., | NO. C 09-00360 JW |
| Plaintiffs, | **ORDER RE. COSTS CHARGED BY SPECIAL MASTER AS TO PLAINTIFFS' DISPUTES WITH PLAINTIFFS' COUNSEL** |
| v. | |
| Reid P. Schantz, et al., | |
| Defendants. / | |

Presently before the Court is Defendants' letter regarding further expenses incurred by the Special Master in adjudicating the dispute over Plaintiffs' attorneys fees and division of the settlement funds. Defendants request an order, affirming the Court's statements on the record at the Conference, that all further costs charged by the Special Master regarding Plaintiffs' disputes with Plaintiffs' Counsel be borne by Plaintiffs.

On February 14, 2011, following a Further Case Management Conference regarding settlement, the Court issued an adopting the Special Master's Report Number Two, and directing the Special Master to close the Settlement and to hold all proceedings until all disputes are settled between Plaintiffs and their counsel regarding fees. (See Docket Item No. 169.) However, in that Order, the Court neglected to affirm the Court's statements on the record that future fees and expenses charged by the Special Master in regards to the dispute between Plaintiffs and Plaintiffs' Counsel over fees shall be borne solely by Plaintiffs.

IT IS SO ORDERED.

Dated: March 8, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald James Pool donp@wtcap.com
Hal David Goldflam hgoldflam@frandzel.com
Kevin John Mirch mirch@charterinternet.com
Marie C. Mirch bobogriz@aol.com

**Dated: March 8, 2011**                    **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**

United States District Court
For the Northern District of California