UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETER B., INC., a Nevada Corporation, FOXGLOVE, INC., a Wyoming corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REID P. SCHANTZ, an individual, SUNRA CORPORATION, a California corporation, OMNI FINANCIAL, LLC, a California Limited Liability Company, CURA FINANCIAL, LLC, a California limited liability company, MARTIN BOONE, an individual, CHRISTOPHER JOHNSON, an individual<br><br>Defendants. | Case Number C09-00360 EJD<br><br>[PROPOSED] ORDER APPROVING SETTLEMENT |
| REID P. SCHANTZ, an individual, SUNRA CORPORATION, a suspended California corporation,<br><br>Cross-Complainants,<br><br>vs.<br><br>OMNI FINANCIAL, LLC, a California Limited Liability Company, CHRISTOPHER JOHNSON, an individual,<br>Cross-Defendants, | |

All parties stipulated to an oral settlement agreement on the record in this Court on November 10, 2010. The Court issued an order on December 13, 2010 appointing George Fisher as Special Master to oversee and conclude the settlement of the parties. Pursuant to said order, the Special Master was to collect all of the documents and payments from the parties and deliver them in execution of the Settlement ☐upon stipulation of the parties or further order of the court☐ This order shall serve to approve the settlement described in detail in the Stipulation for

Settlement filed with the court, instruct the Special Master to exchange the signed settlement documents and otherwise effectuate the terms of the Stipulation for Settlement and order the Special Master to transfer settlement funds to the client trust account for plaintiff's counsel Mitchell A. Stevens.

IT IS HEREBY ORDERED:

1. The settlement of this matter, as outlined in the Stipulation for Settlement filed with the court and in the Settlement and Release Agreement attached thereto as Exhibit A is approved;

2. The Parties and the Special Master shall exchange the signed settlement documents and otherwise complete the settlement procedures as outlined in the Stipulation for Settlement filed with this court.

3. Pursuant to the terms of the Stipulation for Settlement filed with this court, the Special Master shall forward all settlement funds he has received from the defendants to the Client Trust Account of Mitchell A. Stevens.

4. Further periodic payments pursuant to the Stipulation for Settlement shall be made directly to the Client Trust Account of Mitchell A. Stevens.

5. The Status Conference currently scheduled for December 9, 2011, is CONTINUED to **January 6, 2012, at 1:30 p.m.** to allow for the conclusion of the settlement and the filing of a Stipulation for Dismissal. The parties shall file a brief Joint Statement updating the court on the progress of the settlement on or before **December 30, 2011**, unless a Stipulation for Dismissal is filed prior to that date.

IT IS SO ORDERED.
DATED: December 2, 2011

EDWARD J. DAVILA
United States District Judge