Steve W. Dollar [SBN 104365]
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendants, Cross Defendants and Cross-Claimants
OMNI FINANCIAL, LLC, CURA FINANCIAL, LLC,
MARTIN BOONE and CHRISTOPHER JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETER B., INC., a Nevada Corporation, FOXGLOVE, INC., a Wyoming corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REID P. SCHANTZ, an individual, SUNRA CORPORATION, a California corporation, OMNI FINANCIAL, LLC, a California Limited Liability Company, CURA FINANCIAL, LLC, a California limited liability company, MARTIN BOONE, an individual, CHRISTOPHER JOHNSON, an individual<br><br>Defendants. | Case Number C09-00360 EJD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |
| REID P. SCHANTZ, an individual, SUNRA CORPORATION, a suspended California corporation,<br><br>Cross-Complainants,<br><br>vs.<br><br>OMNI FINANCIAL, LLC, a California Limited Liability Company, CHRISTOPHER JOHNSON, an individual,<br>Cross-Defendants, | |

WHEREAS Plaintiffs PETER B., INC. and FOXGLOVE, INC. ("Plaintiffs") filed a

1

1  Complaint in the above-captioned matter on January 27, 2009.

2  WHEREAS Defendants REID P. SCHANTZ ("Schantz") and SUNRA CORPORATION
3  ("Sunra") filed a Cross Claim against Defendants OMNI FINANCIAL, LLC ("Omni") and
4  CHRISTOPHER JOHNSON ("Johnson") on February 26, 2009.

5  WHEREAS Defendants Omni, Johnson, MARTIN BOONE ("Boone"), and CURA
6  FINANCIAL, LLC ("Cura") filed a Cross Claim against Schantz and Sunra on November 13,
7  2009.

8  WHEREAS all parties stipulated to an oral settlement agreement on the record in this
9  Court on November 10, 2010.

10  WHEREAS this agreement provided that the aforementioned Complaint and Cross
11  Claims would be dismissed as to all parties with prejudice.

12  The parties hereto, by their respective counsel, HEREBY STIPULATE AND AGREE to
13  Entry of Dismissal of the Complaint and Cross Claims in this case with prejudice pursuant to
14  Fed. R. Civ. 41(a)(1)(A)(ii). This Stipulation for Dismissal is signed by all parties who have
15  appeared in this action.

Dated: October ___, 2011        By: _____
                                     Steve W. Dollar
                                     Attorneys for Defendants, Omni
                                     Financial, LLC, Cura Financial, LLC,
                                     Martin Boone and Christopher
                                     Johnson

Dated: ~~October~~ Nov 22, 2011  By: _____
                                     Mitchell A. Stevens
                                     Attorneys for Plaintiffs, Peter B., Inc.
                                     and Foxglove, Inc.

Dated: October ___, 2011        By: _____
                                     Reid P. Schantz
                                     In Propria Persona and Attorney for
                                     Defendant SunRa Corporation

1. Complaint in the above-captioned matter on January 27, 2009.

2. WHEREAS Defendants REID P. SCHANTZ ("Schantz") and SUNRA CORPORATION ("Sunra") filed a Cross Claim against Defendants OMNI FINANCIAL, LLC ("Omni") and CHRISTOPHER JOHNSON ("Johnson") on February 26, 2009.

WHEREAS Defendants Omni, Johnson, MARTIN BOONE ("Boone"), and CURA FINANCIAL, LLC ("Cura") filed a Cross Claim against Schantz and Sunra on November 13, 2009.

WHEREAS all parties stipulated to an oral settlement agreement on the record in this Court on November 10, 2010.

WHEREAS this agreement provided that the aforementioned Complaint and Cross Claims would be dismissed as to all parties with prejudice.

The parties hereto, by their respective counsel, HEREBY STIPULATE AND AGREE to Entry of Dismissal of the Complaint and Cross Claims in this case with prejudice pursuant to Fed. R. Civ. 41(a)(1)(A)(ii). This Stipulation for Dismissal is signed by all parties who have appeared in this action.

Dated: November 19, 2011    By: _____
                                 Steve W. Dollar
                                 Attorneys for Defendants, Omni
                                 Financial, LLC, Cura Financial, LLC,
                                 Martin Boone and Christopher
                                 Johnson

Dated: November ___, 2011   By: _____
                                 Mitchell A. Stevens
                                 Attorneys for Plaintiffs, Peter B., Inc.
                                 and Foxglove, Inc.

Dated: November ___, 2011   By: _____
                                 Reid P. Schantz
                                 In Propria Persona and Attorney for
                                 Defendant SunRa Corporation

1 | Complaint in the above-captioned matter on January 27, 2009.

2 |     WHEREAS Defendants REID P. SCHANTZ ("Schantz") and SUNRA CORPORATION
3 | ("Sunra") filed a Cross Claim against Defendants OMNI FINANCIAL, LLC ("Omni") and
4 | CHRISTOPHER JOHNSON ("Johnson") on February 26, 2009.

5 |     WHEREAS Defendants Omni, Johnson, MARTIN BOONE ("Boone"), and CURA
6 | FINANCIAL, LLC ("Cura") filed a Cross Claim against Schantz and Sunra on November 13,
7 | 2009.

8 |     WHEREAS all parties stipulated to an oral settlement agreement on the record in this
9 | Court on November 10, 2010.

10 |     WHEREAS this agreement provided that the aforementioned Complaint and Cross
11 | Claims would be dismissed as to all parties with prejudice.

12 |     The parties hereto, by their respective counsel, HEREBY STIPULATE AND AGREE to
13 | Entry of Dismissal of the Complaint and Cross Claims in this case with prejudice pursuant to
14 | Fed. R. Civ. 41(a)(1)(A)(ii). This Stipulation for Dismissal is signed by all parties who have
15 | appeared in this action.

Dated: October ___, 2011      By: _____
    Steve W. Dollar
    Attorneys for Defendants, Omni
    Financial, LLC, Cura Financial, LLC,
    Martin Boone and Christopher
    Johnson

Dated: October ___, 2011      By: _____
    Mitchell A. Stevens
    Attorneys for Plaintiffs, Peter B., Inc.
    and Foxglove, Inc.

Dated: ~~October~~ NOVEMBER 15, 2011      By: /s/ _____
    Reid P. Schantz
    In Propria Persona and Attorney for
    Defendant SunRa Corporation

IT IS SO ORDERED.
The Clerk shall close this file.
Dated: December 7, 2011      _____
    UNITED STATES DISTRICT JUDGE